JS-6

1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd.
   Suite A117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff STEPHEN TURNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN TURNER, an individual | Case No.: 8:16-cv-01802-AB-JEM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOSEPH F. OSTERMAN, an individual; KERRY HEINLEIN, an individual, dba "VINTAGE VOGUE", BONNIE J. BRAASKMA, an individual; | [Hon. André Birotte Jr. presiding] |
| Defendants. | |

1
2    Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice,"
3 and good cause appearing therefore, IT IS HEREBY ORDERED that the above-
4 captioned action shall be dismissed with prejudice.  Each party shall bear his or its
5 own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the
  settlement terms between the parties.
6
7
8 IT IS SO ORDERED

9 Dated:  March 6, 2017                    _____
10                                          Hon. André Birotte Jr.
                                           United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28